UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  2:25-cr-00036-JLS                                    Date:   June 14, 2026

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter      NONE

| Kelly Davis | NONE | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|---|
| TOMEKA PURCELL | NOT | | X | | CHARLES C. BROWN | NOT | | |

**PROCEEDINGS: (IN CHAMBERS) ORDER SETTING HEARING ON EX PARTE APPLICATION FOR WITHDRAWAL/SUBSTITUTION OF COUNSEL; ORDER REQUIRING PRESENCE OF DEFENDANT**

Defense counsel has filed an ex parte application ("Application") to withdraw as counsel on the grounds that "an irreconcilable breakdown in communication and in the attorney-client relationship has arisen such that counsel can no longer effectively represent the Defendant, and on the further ground that the Defendant is in the process of retaining private counsel of her own choosing."  (Doc. 41.)  The Application is supported by counsel's publicly filed declaration (Doc. 41 at 7-18) and his confidential declaration, maintained by the Clerk *in camera* (Doc. 44).  The Government has filed an Opposition brief.  (Doc. 45.)  The Government objects primarily on the grounds that allowing defense counsel to withdraw so that Defendant can substitute new counsel would result in an unwarranted further delay of the trial. (Doc. 45 at 1.)

In the Application, defense counsel stated that privately retained counsel would file a notice of appearance on June 10, 2026.  (Doc. 41 at 5.)  As of the time of this Order, no such filing has occurred.  Defense counsel also states that "Defendant has been advised, and incoming counsel will be advised, that the substitution is sought subject to the existing June 23, 2026 trial date."  (*Id.*)  He further states that he does not intend the present "application [to be a] vehicle to revisit [the Court's recent] ruling" denying an ex parte application to continue trial.  (*Id.*)  But there is no denying that, whether or not it was counsel's intention, the specter of impending trial, ten days out, looms large.  It is also the case that there was no mention of a breakdown in the attorney-client relationship until after the Court denied the latest request for another continuance.  Moreover, the present charges were filed seventeen

**CRIMINAL MINUTES – GENERAL**                                                          1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  2:25-cr-00036-JLS                                      Date:   June 14, 2026

months ago, their nature (wire fraud and money laundering) suggests a document-intensive trial, and the present trial date was set on January 6, 2026 (over five months ago).

The Court sets a hearing on defense counsel's Application on Monday, June 22, 2026, at 10:00 a.m.  ***Notwithstanding the waiver of appearance on file (see* Doc. 24), *Defendant Tomeka Purcell is ORDERED TO APPEAR in Courtroom 8A of the Mendez Courthouse (formerly the First Street Courthouse) for the hearing.***  Current counsel and any newly retained counsel must appear as well.

At the hearing, the Court will consider whether a breakdown in the attorney-client relationship requires withdrawal of counsel; however, the parties are advised that the Court is not inclined to continue the trial date.  The parties and counsel should prepare accordingly.

**IT IS SO ORDERED.**

Initials of Deputy Clerk: kd